

AUSA Paul Schied (312) 697-4091

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No.: **1:25-cr-00317** |
|---|---|
| v. | GABRIEL A. FUENTES |
| URIEL SORIA-OCAMPO | Magistrate Judge |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, DAVID LISOWSKI, appearing before United States Magistrate Judge GABRIEL A. FUENTES by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that URIEL SORIA-OCAMPO has been charged with a violation of supervised release in the Southern District of Texas.

A copy of the arrest warrant is attached.

                                                   */s/David Lisowski*
                                                   DAVID LISOWSKI
                                                   Deputy U.S. Marshal
                                                   United States Marshals Service

SWORN TO AND AFFIRMED by telephone this 13th day of June, 2025.

                                                   GABRIEL A. FUENTES
                                                   United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

9846637

RECEIVED
UNITED STATES MARSHAL
2023 MAY 25 PM 4:02
OPERATIONS
LAREDO, TX

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas
Laredo Division

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) Case No. | 5:20-CR-01991-001 |
| Uriel Soria-Ocampo | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Uriel Soria-Ocampo**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Supervised Release Violation

Date: May 25, 2023

City and state: Laredo, Texas

Nathan Ochsner
*Clerk of Court*

*David J. Morales*
David Morales, Issuing Officer

U.S. District Judge Marina Garcia Marmolejo
*Name of Judicial Officer*

Bail Fixed at: $

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

PROB 12C
(06/15)

RECEIVED
UNITED STATES MARSHAL

2023 MAY 25 PM 4:02

OPERATIONS
LAREDO, TX

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Uriel Soria-Ocampo | Case Number: | 5:20CR01991-001 |

Name of Sentencing Judge: The Honorable Marina Garcia Marmolejo

Date of Original Sentence: April 6, 2021

Original Offense: Re-entry of a deported alien 8 U.S.C. §§ 1326(a) and 1326(b)(2)

Original Sentence: 24 months custody. In addition, the sentence will run partially concurrent and partially consecutive to the 4 months imposed in Criminal Docket No. 5:20CR02231-001. Specifically, the Court ordered 2 months to be served concurrent and 2 months to be served consecutive, for a total of 26 months, two years supervised release to include immigration related requirements and a $100 special assessment fee.

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Supervision Started: | 8/30/2022 |
| Assistant U.S. Attorney: | Yoo Na Lim | Defense Attorney: | Ariana Salinas |

### EARLIER COURT ACTION

None.

### PETITIONING THE COURT

**TO ISSUE A WARRANT** for the person under supervision located in <u>whereabouts unknown.</u>

The probation officer believes that the person under supervision has violated the following conditions of supervision:

<u>Violation Number</u>  <u>Nature of Noncompliance</u>

RE: Uriel Soria-Ocampo  2
Dkt. No. 5:20CR01991-001

| | |
|---|---|
| 1 | New law violation: Possession of a controlled substance with the intent to deliver |
| 2 | New law violation: Possession of a controlled substance |
| 3 | New law violation: Re-entry of a deported alien. |
| 4 | Must not commit another federal state, or local crime. |
| 5 | Must not unlawfully possess a controlled substance. |
| 6 | Must not communicate or interact with someone you know is engaged in criminal activity. |
| 7 | Must remain outside the United States unless legally authorized to re-enter. |

On April 19, 2023, the U.S. Probation Office received law enforcement notification indicating the person under supervision was arrested by the Berwyn Police Department in Berwyn, Illinois, for the offense of Possession of a controlled substance with intent to deliver and Possession of a Controlled Substances, in violation of the State of Illinois Controlled Substances Act.

According to the offense report, on April 18, 2023, a detective with the Berwyn Police Department along with Drug Enforcement Administration (DEA) agents conducted an investigation where the person under supervision agreed to meet with a confidential source (CS) at a Western Union parking lot in Chicago, Illinois. The agents observed the person under supervision and the CS having a narcotics-related conversation and observed the person under supervision removed a kilogram of cocaine from his backpack to show the CS. The CS requested an additional kilogram of cocaine and also advised the CS that he needed to get the $19,000 to pay for the cocaine, at which time the person under supervision exited the vehicle. At that point, the agents placed the person under supervision under arrest.

The backpack was recovered and the agents observed the cocaine wrapped in a gallon clear bag secured with silver duct tape. The suspected cocaine later field tested positive for the presumptive presence of cocaine and yielded a pre-packaged weight of 1,190 grams.

The person under supervision was transported to the police department where he was booked and was explained his rights, where he agreed to speak with agents without an attorney present. The person under supervision stated to agents that an individual by the name of Roberto contacted him and instructed he was needed for a narcotics-related deal and was to be paid $800 to carry out the transaction. Transportation arrangements were made and was taken to the Southside of Chicago, Illinois, where he was picked up by another individual who provided him with the backpack containing the narcotics. He was then taken to the location where the transaction and arrest took place. As a result, the person under supervision communicated and interacted with individuals he knew were engaged in criminal activity.

The person under supervision was then processed accordingly and charged with Possession of a Controlled Substance with Intent to Deliver and Possession of a Controlled Substance.

RE: Uriel Soria-Ocampo 3
Dkt. No. 5:20CR01991-001

On April 21, 2023, the person under supervision appeared for a bond hearing at the Cook County: Fourth Municipal District – Maywood, under case number 23-11-05-78601. The person under supervision was released on a cash deposit bond.

Based on the above-mentioned arrest, the person under supervision illegally re-entered the United States and failed to remain outside of the United States unless legally authorized to re-enter.

**U.S. Probation Officer's recommendation: A warrant be issued and no bond be set.**

☒ The term of supervision should be

    ☒ revoked.

| Approved: | Respectfully submitted, |
|---|---|
| | By: |
| _____ | _____ |
| Francisco Alvarez, Jr., Supervising United States Probation Officer | Julio C. Camarillo, United States Probation Officer May 25, 2023 |

RE: Uriel Soria Ocampo 4
Dkt. No: 5:20CR01991-001

THE COURT ORDERS:

[ ] No Action

[X] The Issuance of a Warrant, and no bond.

[ ] The Issuance of a Warrant, and no bond. Furthermore, that the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition of Criminal Case Number _____.

[ ] The Issuance of a Warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond. Furthermore, that the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition of the case currently known as _____.

[ ] That the defendant be summoned to appear before the Court on _____ at _____ for a Supervised Release violation hearing to show cause why his Supervised Release should not be revoked.

[ ] That the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition in case # _____.

[ ] That the defendant be brought before the Court to show cause why his supervision should not be revoked on _____ at _____.

[ ] Other:

_____
Marina Garcia Marmolejo
U. S. District Judge

TRUE COPY I CERTIFY
ATTEST: May 25, 2023
NATHAN OCHSNER, Clerk of Court
By: s/ David Morales
Deputy Clerk

May 25, 2023
_____
Date